AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

JAMES V. CARIDDI

V.

CONSOLIDATED ALUMINUM CORPORATION

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05-30111-MAP**

TO: (Name and address of defendant)

Consolidated Aluminum Corporation
17-17 Route 208
Fairlawn, New Jersey

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher B. Myhrum, Esq.
Bulkley, Richardson and Gelinas
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA 01115-5507

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

DATE  5/10/05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                          Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


*Bowditch & Dewey*
ATTORNEYS

Direct telephone: (508) 926-3409
Direct facsimile: (508) 929-3012
Email: rcox@bowditch.com

May 17, 2005

Christopher B. Myhrum, Esquire
Buckley, Richardson & Gelinas
1500 Main Street
P.O. Box 15507
Springfield, MA 01115

Re: **James V. Cariddi v. Consolidated Aluminum Corporation**,
United States District Court for the District of Massachusetts
CA No. 05-30111-MAP

Dear Mr. Myhrum:

This letter will acknowledge that on behalf of the Defendant Consolidated Aluminum Corporation ("Conalco"), I agreed to accept and did receive service of the Summons, Complaint and Civil Action Cover Sheet in the above-referenced matter on May 11, 2005, and enclose the original Summons for your filing of the same, with this letter, with the Clerk of Court.

Very truly yours,

Robert D. Cox, Jr.
Attorney for Consolidated
Aluminum Corporation

RCDjr/igm
Enclosures
Cc: Consolidated Aluminum Corporation (w/o enclosures)

{J:\CLIENTS\env\303730\0001\cor\00543144.DOC;1}

BOWDITCH & DEWEY, LLP  311 MAIN STREET  PO BOX 15156  WORCESTER, MA 01615-0156
T 508 791 3511  F 508 756 7636  www.bowditch.com

Boston  Framingham  Worcester