UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

)
JAMES V. CARIDDI, )
    Plaintiff )
)
v. )
)
CONSOLIDATED ALUMINUM CORPORATION, )
    Defendant )
)

## CONSOLIDATED ALUMINUM CORPORATION'S ASSENTED TO MOTION TO EXTEND THE DEADLINE TO FILE ANSWER OR RESPONSIVE PLEADING

Defendant Consolidated Aluminum Corporation respectfully moves to request a one-week extension of time for the filing of its answer or responsive pleading up to and including June 7, 2005. In support of this motion, movant states that no party will be prejudiced by this brief enlargement of time and that Plaintiff James V. Cariddi assents to this motion.

WHEREFORE, movant respectfully requests that the time within which Consolidated Aluminum Corporation has to respond to plaintiff's Complaint be enlarged up to and including June 7, 2005.

Respectfully submitted,

Consolidated Aluminum Corporation
By its attorney,

_____
Robert D. Cox, Jr., Esq., BBO #546486
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 926-3409
Facsimile: (508) 929-3012

Dated: May 31, 2005

Assented to,

James V. Cariddi
By his attorney,

_____
Christopher B. Myhrum, Esq.
Bulkley, Richardson and Gelinas
One Post Office Square, Suite 3700
Boston, MA 02109
Telephone: (617) 368-2500
Facsimile: (617) 368-2508

{J:\CLIENTS\env\303730\0001\federal\00547648.DOC;1}

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I have conferred with Plaintiff's counsel in connection with the foregoing motion and Plaintiff's counsel has provided his assent on behalf of the Plaintiff.

_____
Robert D. Cox, Jr., Esq.

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 5/3/05

{J:\CLIENTS\env\303730\0001\federal\00547648.DOC;1}