UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

Civil Action No. 05-30111-MAP

2005 JUN -9  A II: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| JAMES V. CARIDDI, <br>     Plaintiff <br><br> v. <br><br> CONSOLIDATED ALUMINUM CORPORATION, <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States Court of the District of

Massachusetts, Defendant Consolidated Aluminum Corporation hereby states its parent

corporation is Lonza America Inc.

Respectfully submitted,

Consolidated Aluminum Corporation
By its attorney,

Robert D. Cox, Jr., Esq., BBO #546486
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 926-3409
Facsimile: (508) 929-3012

Dated:  June 8, 2005

I hereby certify that a true copy of the
above document was served upon the
attorney of record for each party by
mail/hand on 6/8/05

{J:\CLIENTS\env\303730\0001\federal\00550884.DOC;1}