UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

| | |
|---|---|
| James V. Cariddi, | ) |
|     Plaintiff | ) |
| v. | ) |
| | ) |
| Consolidated Aluminum Corporation, | ) |

**Joint Motion to Convene Scheduling Conference**

The parties jointly move the Court to convene a scheduling conference pursuant to Local Rule 16.1 to be held on July 28, 2005, when the parties are already scheduled to be heard on defendant's Motion to Dismiss one count of the Complaint.

The Court had previously arranged a scheduling conference for July 28, 2005 at 10:00 a.m. This conference was cancelled when the Court scheduled in its place a hearing on defendant's Motion to Dismiss. Because the Motion to Dismiss, even if allowed, will not resolve the entire case, a scheduling conference to follow the hearing is appropriate to arrange for the conduct of the litigation going forward. Counsel for the parties will timely submit the joint statement under Local Rule 16(D) in advance of the conference.

| | |
|---|---|
| Plaintiff, | Defendant, |
| James V. Cariddi | Consolidated Aluminum Corporation |
| By his attorneys: | By its attorneys: |
| | |
| /s/ Christopher B. Myhrum, Esq. | /s/ Robert D. Cox, Jr., Esq. |
| Christopher B. Myhrum, Esq. | Robert D. Cox, Jr., Esq. |
| BBO No. 365980 | BBO No. 546486 |
| Bulkley, Richardson and Gelinas, LLP | Bowditch & Dewey, LLP |
| 1500 Main Street - Suite 2700 | 311 Main Street, P.O. Box 15156 |
| Springfield, MA 01115-5507 | Worcester, MA 01615-0156 |
| Tel: (413) 781-2820 | Tel: (508) 791-3511 |
| Fax: (413) 272-6806 | Fax: (508) 929-3012 |

Dated: July 13, 2005