UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

JAMES V. CARIDDI, )
     Plaintiff )
)
v. )
)
CONSOLIDATED ALUMINUM CORPORATION, )
     Defendant )

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

Kindly enter the appearance of the below-referenced attorney as counsel for Consolidated Aluminum Corporation in the above-captioned matter.

Respectfully Submitted,

Consolidated Aluminum Corporation
By their attorney,

Ryan T. Killman (BBO# 654562)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Tel: (508) 926-3497

Dated: July 28, 2005

{J:\CLIENTS\env\303730\0001\federal\00568515.DOC;1}