UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

| | |
|---|---|
| James V. Cariddi, | ) |
|     Plaintiff | ) |
| v. | ) |
| | ) |
| Consolidated Aluminum Corporation, | ) |

**Certification pursuant to Local Rule 16(D)(3)**

The undersigned James V. Cariddi, plaintiff in this action, and his counsel, Christopher B. Myhrum, hereby affirm that they have conferred:

(a) With a view towards establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as mini-trial, summary jury trial and mediation.

The undersigned affirm and certify that the foregoing is true and correct.

Dated: July 19, 2005

*/s/ James V. Cariddi*
James V. Cariddi

Dated: July 22, 2005

*/s/ Christopher B. Myhrum*
Christopher B. Myhrum