UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

JAMES V. CARIDDI,
    Plaintiff

v.

CONSOLIDATED ALUMINUM CORPORATION,
    Defendant

### CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D) and in compliance with the Court's Order for Scheduling Conference, Defendant and its counsel affirm that they have conferred:

(1) With a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of litigation; and

(2) To consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

CONSOLIDATED ALUMINUM
CORPORATION
By its attorneys,

_____
Robert D. Cox, Jr., BBO#546486
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 926-3409
Facsimile: (508) 929-3012

Dated: July 28, 2005

{J:\CLIENTS\env\303730\0001\federal\00561659.DOC;1}

## CERTIFICATE OF SERVICE

I, Robert D. Cox, Jr., hereby certify that I have this 20th day of July 2005 served the foregoing by hand delivery a copy thereof, to counsel of record.

_____
Robert D. Cox, Jr.

{J:\CLIENTS\env\303730\0001\federal\00561659.DOC;1}