UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES V. CARIDDI,        )<br>      Plaintiff    )<br>                            )<br>v.                             )    Civil Action No.  05-30111-MAP<br>                            )<br>CONSOLIDATED ALUMINUM        )<br>CORPORATION,        )<br>      Defendant   )| |

SCHEDULING ORDER
July 28, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day with respect to the first phrase of litigation agreed-upon by the parties, i.e., discovery limited to the issues of oil/petroleum and hazardous substances under CERCLA and/or Mass. Gen. L. c. 21E and "causation" under Mass. Gen. L. c. 21E, § 5(a)(5):

1.  The parties shall complete their automatic disclosures by August 31, 2005.

2.  Motions to amend the pleadings will be filed by August 31, 2005.

3.  All written discovery shall be served by September 15, 2005.

4.  Non-expert depositions shall be completed by October 28, 2005.

5.  Plaintiff shall designate his expert witnesses by November 4, 2005, and shall disclose information regarding his experts as required by FED. R.

CIV. P. 26(a)(2) by November 18, 2005.

6. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by December 2, 2005.

7. All expert depositions shall be completed by December 30, 2005.

8. Defendant shall file its motion for summary judgment on liability by January 20, 2006.

9. Plaintiff's opposition and cross-motion for summary judgment shall be filed by February 10, 2006, to which Defendant shall respond by February 21, 2006.

IT IS SO ORDERED.

DATED: July 28, 2005

                                         /s/ Kenneth P. Neiman  
                                         KENNETH P. NEIMAN  
                                         U.S. Magistrate Judge