UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

JAMES V. CARIDDI, )
    Plaintiff )
  )  NOTICE OF
v. )  APPEARANCE
  )
CONSOLIDATED ALUMINUM CORPORATION, )
    Defendant )

Please enter my appearance as counsel for plaintiff James V. Cariddi in the case captioned above.

Respectfully submitted,

*[signature]*

Gastón de los Reyes
 BBO No. 662200
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 272-6249
Fax: (413) 272-6804

Dated: October 7, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each other party by mail on October 7, 2005.

*[signature]*

Gastón de los Reyes

#308911