UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

JAMES V. CARIDDI,                                    )
         Plaintiff                                )
                                                     )
   v.                                            )
                                                     )
CONSOLIDATED ALUMINUM CORPORATION,                   )
      Defendant                                   )
                                                     )

## AFFIDAVIT OF MICHAEL J. WADE, PHD

I, Michael J. Wade, PhD, upon oath, depose and state that:

1.      I have been engaged by the Defendant Consolidated Aluminum Corporation

("Conalco") to serve as an expert witness in the above-captioned matter.  I previously prepared a

report dated December 2, 2005 ("Report") which is attached as Exhibit 1.

2.      By way of this affidavit, I affirm my background, experience and training and the

opinions provided in my Report and supplement or further explain those opinions in the

following paragraphs.

3.      I reviewed certain chromatograms which are referenced in my Report.  With

respect to those chromatograms described in Sections 3.13 and 3.19 (Sample ID L0404535-02,

CDI-oil) and Sections 3.14 and 3.17 (Sample ID L0404535-01, *5, CDI-sludge) of my Report,

Alpha Analytical Laboratory ("Alpha") states in its narrative part of its report (page 2 of 11) that

with respect to L0404535-01 "[t]he chromatography most closely resembles a mixture of motor

oil/waste oil and some type of heavier petroleum product like coal tar," and that with respect to

L0404535-02, that "[t]he Petroleum Hydrocarbon most closely resembles some type of motor

oil/waste oil." A copy of Alpha's 11 Page report dated May 11, 2004 is attached as Exhibit 2 ("Alpha's Report").

4.    The narrative part of Alpha's Report (page 2 of 11) does not agree with the analytical results provided at pages 3, 5, and 6 of Alpha's own report. Pages 3, 5 and 6 of Alpha's Report state there was no detection (or "ND") of "motor oil" in this sample, specifically making an identification of the presence of an "unknown hydrocarbon" only. Based both on my background and experience, as well as the published technical literature, it is common knowledge that coal tar has a unique chromatographic pattern, one that is not present in the chromatograms for Samples ID L0404535-02, CDI-oil or L0404535-01, *5, CDI-sludge. Thus, Alpha's characterization of these oil samples as containing coal tar or motor oil and/or waste oil does not agree with its own laboratory findings, is not reliable, and is without scientific basis.

5.    Moreover, standard laboratory practices utilized to characterize sampled materials, for example a typical of motor oil and/or waste oil, require a side-by-side comparison of a chromatogram of a known sample of oil with the subject chromatogram. The Alpha's Report makes no reference to any such side-by-side comparison of a chromatogram of waste oil. No determination as to whether "motor oil/waste oil" is present in a sample can be made from the chromatogram of the subject sample alone. Consequently, the reference to "motor oil/waste oil" in the narrative part of Alpha's Report (page 2 of 11) is without any scientific support of its own laboratory results, is not scientifically reliable, and is pure speculation.

Signed under the pains and penalties of perjury this 20th day of January, 2006.

*/s/ Michael J. Wade, Ph.D*

2

## <u>CERTIFICATE OF SERVICE</u>

  I, Robert D. Cox, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 20, 2006.

*<u>/s/ Robert D. Cox, Jr.</u>*

{Client Files\LIT\303730\0001\PLD\00635052.DOC;3}

# EXHIBIT 1
Pages 1 – 9

{}

# REPORT OF MICHAEL J. WADE, PH.D.

## I.     Introduction

I have been engaged by Consolidated Aluminum Corporation ("Conalco") to serve as an expert witness in the litigation commenced by Mr. Cariddi entitled James V. Cariddi v. Consolidated Aluminum Corporation, United States District Court for the District of Massachusetts CA No. 05-30111-MAP.  The opinions I provide in this report are limited to those issues relating to the first phase of litigation agreed upon by the parties:  the petroleum exclusion under CERCLA and/or M.G.L. c. 21E and "causation" under M.G.L. c. 21E, Section 5(a)(5) as set forth in a Scheduling Order dated July 20, 2005.  That Scheduling Order contemplates motions for summary judgment on liability and I anticipate providing an affidavit in support of Conalco's motion to be filed in early 2006.

## II.     Opinions And Basis And Reasons For Opinions

My opinions, and the basis and reasons for them, are set forth in the attached report dated December 2, 2005.  In forming my opinions, I reviewed certain chromatograms referenced in the report and the deposition transcript of Norman R. Lappies dated September 29, 2005.

## III.     Data Or Other Information Considered In Forming Opinions

The data or other information considered in forming my opinions are set forth in the attached report.

## IV.     Exhibits To Be Used As A Summary Of Or Support Of Opinions

At this time, I have prepared no exhibits or summaries to support the opinions set forth in my report.  To the extent that any such exhibits or summaries are prepared, I will supplement this report and/or provide them in connection with my affidavit in support of Conalco's motion for summary judgment.

{Client Files\ENV\303730\0001\DOC\00617720.DOC;1}

V.     **Qualifications**

My qualifications, including a list of all publications within the last ten years, are set

forth in Exhibit A attached.

VI.    **Compensation**

Wade Research, Inc. is being compensated for my time working on this case at a rate of

$250/hour.

VII.   **Listing Of Other Cases In Which Expert Testimony Was Provided Within The Preceding Four (4) Years**

Attached at Exhibit B is a list of cases in which I testified as an expert at trial or by

deposition.

Dated:  December 2, 2005                    _____

                                            Michael J. Wade, Ph.D.

{Client Files\ENV\303730\0001\DOC\00617720.DOC;1}

Review of Selected Chemical Data
Services on behalf of Consolidated Aluminum Corporation - Claims of James V.
Cariddi.

Review prepared for:

Robert D. Cox, Jr., Esquire
Bowditch & Dewey, LLP
P.O. Box 15156
311 Main Street
Worcester, MA 01605-0156

Review prepared by:

Michael J. Wade, Ph.D.
Wade Research, Inc.
110 Holly Road
Marshfield, MA 02050-1724
Tel: 781.837.5504

December 2, 2005

## 1.0   Introduction

This review of selected chemical data from environmental samples collected at a property located in North Adams, Massachusetts (the Site), was prepared for Bowditch & Dewey, LLP, (Bowditch & Dewey) on behalf of Consolidated Aluminum Corporation. Chemical data in the form of selected laboratory results were provided to Wade Research, Inc. (WRI) for review and comment by Bowditch & Dewey. In addition, information on an aluminum manufacturing process that formerly was located at the Site was provided by Bowditch & Dewey in the from of a deposition transcript taken of Mr. Norman R. Lappies. Mr Lappies was an employee at the former aluminum manufacturing facility. WRI used the testimony transcript to identify all possible petroleum contaminants that could have been present in environmental samples taken from the Site.

## 2.0   Review of the Deposition Transcript of Mr. N. R. Lappies

Mr. Lappies testified at his deposition as to the type of aluminum manufacturing process in place at the Site during the 1960s and 1970s. As described, the process consisted of cold-forming aluminum tubing using a die and mandrel method followed by heat treating of the final product, i.e., annealing of the extruded tubing (ASM 1993). During his deposition, Mr. Lappies also testified to the use of four petroleum products at the Site as part of the day-to-day manufacturing processes: mineral spirits, kerosene, light finish oil, and a heavy oil. Although he could not identify the supplier of the petroleum products, Mr. Lappies did testify to Sinclair (Sinclair Oil) products (green colored product barrels) being used at the Site and that the number 3041 possibly was associated with one of the products.

## 3.0   Review of Individual Laboratory Chromatograms

Bowditch & Dewey provided WRI with copies of chemical data from the laboratory analyses of environmental samples collected at the Site. WRI reviewed the data and evaluated the results of the analyses. Section 3.0 provides the results of WRI's evaluation.

## 3.1   Spectrum Analytical, AC47284.RAW chromatogram. The
chromatogram appears to be the result of gas chromatography/flame ionization detector (GC/FID) analysis and is typical of a residual oil. However, the boiling point range is particularly long for this product, indicating that this sample probably was a high heat capacity oil, rather than just a common lubricating oil. Lubricating oil GC/FID chromatograms commonly have a narrower boiling point range. This chromatogram is not a common lube oil chromatogram.

1

**3.2    Spectrum Analytical, DEP SS-1 OILY, File AC47284P.RAW.** This particular sample appears to have been analyzed by a different chromatographic method, designated by the lab as Method P60, which is not otherwise specified. The chromatogram shows the residual oil trace at the back part of the chromatogram and also shows additional peaks in a petroleum-fuel based range. The chromatogram is not particularly well done, but it does indicate the presence of two products: the first is most likely a middle distillate fuel, such as a No. 2 fuel oil/diesel fuel, and the second is the high heat capacity oil found in the first Spectrum Analytical chromatogram (Section 3.1). It is not common for two such products to be deliberately blended together, but that possibility can't be ruled out based solely on one chromatogram.

**3.3    Spectrum Analytical, DEP SS-1 OILY BROWN. File AC47284.raw.** This is an example of a laboratory analysis with an uninterpretable chromatogram. It is typical of an overly concentrated chromatographic analysis of a heavy oil. No other information should be taken from this particular chromatogram.

**3.4    Alpha Labs, Sample 10404535-01, Sample Info: 10404535-01, File No. 062R0101.D.** A typical GC/FID analysis for total petroleum hydrocarbons (TPH), possibly using U.S. EPA Method 8100. The chromatogram presents a high heat capacity oil, not a lubricating oil per se. The boiling point range is too wide to be a common lubricating oil. Based upon the appearance of the chromatogram, the product is suspected to be a metal-treating oil or a quenching oil in this sample. No petroleum fuels apparent in this chromatogram. The laboratory placed an internal standard (o-terphenyl) into the sample as part of its analysis and this compound is the prominent peak labeled as such apparent at approximately 15 minutes.

**3.5    Alpha Labs, blank sample ID, Sample Info: 10404535-02, File No. 060R0101.D.** The chromatogram is a typical lubricating oil GC/FID chromatogram. The lubricating oil is probably a common motor oil, such as a 30 weight motor oil. This analysis was probably used by the laboratory for identification purposes for Sample 10404535-01 discussed in Section 3.4 immediately previous.

**3.6    Maxymilliam Sample ID SB-1, File No. TPH-004.D.** This particular chromatogram resulted from a TPH analysis procedure apparently being done on a gas chromatograph/mass spectrometer (GC/MS). The result is an overly dilute analysis of what presents as a low level residual petroleum hydrocarbon product. It does not appear to be a typical lube oil chromatogram. A laboratory internal standard used by Maxymilliam appears as the prominent peak at approximately 26 minutes in the chromatogram.

**3.7    Maxymilliam Sample ID SB-2, File No. TPH-005.D.** This particular chromatogram also resulted from a TPH analysis procedure apparently being done by GC/MS. The result is an overly dilute analysis of what presents as a low level residual petroleum hydrocarbon. It does not appear to be a typical lube oil chromatogram. A laboratory internal standard used by Maxymilliam appears as the prominent peak at approximately 26 minutes in the chromatogram.

**3.8    Maxymilliam Sample ID SB-3, File No. TPH-006.D.** Again, a GC/MS analysis for TPH with the same result as for samples SB-1 and SB-2 discussed immediately above. However, low level petroleum hydrocarbons are starting to manifest themselves in the 16 to 24 minute range, which in this analysis will be the mid-range distillate fuel range. Again, the sample was overly dilute, so it is difficult to say much beyond an overall characterization of residual petroleum product present.

**3.9    Maxymilliam Sample ID SB-4, File No. TPH-007.D.** A GC/MS analysis for TPH with the same result as for samples SB-1, SB-2 and SB-3 discussed immediately above. Again, the sample was overly dilute, so it is difficult to say much beyond the presence of a residual range petroleum product. This is a typical example of bad chromatographic work from overly dilute sample preparation.

**3.10 Unknown Laboratory, Chromatogram from File No 020F0101.D.** The chromatogram apparently is a lubricating oil standard, possibly analyzed by Maxymilliam, but this particular chromatogram is not labeled as to origin. The laboratory printed the retention times of each peak immediately over the peak, effectively obscuring any chromatographic detail.

**3.11 Unknown Laboratory, Chromatogram from File No. 019F0101.D.** The chromatogram apparently is another lubricating oil standard used by this particular lab. Again, printing the retention time above each peak effectively obscures details of the chromatogram.

**3.12 Unknown Laboratory, Chromatogram from File No. 018F0101.D.** The chromatogram apparently is another laboratory standard used by this particular lab, an automobile motor oil, labeled a 10W oil, but probably not a pure 10W oil. The sample is more likely a 10W30 motor oil. Again, printing the retention time above each peak effectively obscures details of the chromatogram.

**3.13 Unknown Laboratory, Method HP5890 GC Chromatogram of Sample ID L0404535-02, CDI-oil.** This is a typical chromatogram of a wide-boiling point oil (with attendant high heat capacity) that was designed either as a quenching oil or a metal-treating oil. The analysis was completed on May 7, 2004. For this chromatogram, no distillate fuel petroleum hydrocarbon peaks are

3

apparent where expected, in the 4-12 minute range. The presence of a deliberately-added laboratory internal standard (not otherwise identified) can be seen in the prominent peak found at approximately 14.7 minutes.

**3.14 Unknown Laboratory, Method HP5890 GC Chromatogram of Sample ID L0404535-01, *5, CDI-sludge.** This analysis was also completed on May 7, 2004. The chromatogram is typical of a wide-boiling point oil, plus other non-petroleum product peaks, probably representing either other sources of peaks from other products (not identified), or a degraded heavy oil, burned from over use, for example, containing degradation product hydrocarbons presenting as individual peaks found at 12-20 minutes in the chromatogram. The presence of a deliberately-added laboratory internal standard (not otherwise identified) again can be seen in the prominent peak found at approximately 14.7 minutes.

**3.15 Unknown Laboratory, Method HP5890 GC Chromatogram of Sample ID L0407454-01, MW-3-oil.** This particular sample has a different log in number from the samples discussed in Sections 3.13 and 3.14, but otherwise appears to have been analyzed by the same laboratory in the same manner. However, the sample was analyzed at a different time. Sample MW-3-oil represents a two product mixture: a heavy oil and a degraded distillate fuel. The CDI-oil and CDI-sludge chromatograms are sufficiently different from the MW-3-oil that the heavy oil is probably not the same heavy oil found in the CDI-oil and CDI-sludge samples. No laboratory standards of either n-alkanes or distillate fuel(s) were provided with this work, but it is likely that the petroleum peaks are relatively degradation resistant isoprenoid hydrocarbons found in a pattern similar to a distillate fuel. However, specific individual peak identifications in the distillate fuel range can't be made from these data alone. Regardless of the resident uncertainty of the isoprenoid hydrocarbon pattern due to the low peak heights, it is apparent that there are two different products in sample MW-3-oil. The presence of a deliberately-added laboratory internal standard (not otherwise identified) again can be seen in the prominent peak found at approximately 15.2 minutes.

**3.16 Unknown Laboratory, Method HP5890 GC Chromatogram of Sample ID L0407454-01 *10, MW-3-oil.** This chromatogram represents a simple blow up of the previous chromatogram discussed in Section 3.15. This type of side-by-side comparison is used to qualitatively identify petroleum product(s).

**3.17 Unknown Laboratory, Method HP5890 GC Chromatogram of Sample ID L0404535-01 *5, SDI-sludge.** This chromatogram represents a simple blow up of the previously discussed chromatogram in Section 3.14. From this particular side-by-side comparison of the two chromatograms, it is apparent that the two residual (i.e., heavy) oils may not be the same oils. But as the

4

laboratory internal standards are not eluting at the same retention time, it is perilous to compare these two chromatograms without also comparing the detailed data from the corresponding peak area and peak height data files that also were generated each of these chromatograms. A cautious reader should be wary of any interpretation of these two chromatograms without a detailed numeric analysis of the results.

**3.18 Unknown Laboratory, Method HP5890 GC Chromatogram of Sample L04077454-01 *10, MW-3-oil.** This chromatogram represents a simple blow up of the previous chromatogram discussed in Section 3.15. This type of side-by-side comparison is used to qualitatively identify petroleum product(s).

**3.19 Unknown Laboratory, Method HP5890 GC Chromatogram of Sample ID L0404535-02, CDI-oil.** This chromatogram represents a simple blow up of the previously discussed chromatogram in Section 3.15. Again, from this particular side-by-side comparison of the two chromatograms, it is apparent that the two residual (i.e., heavy) oils may not be the same oils. But as the laboratory internal standards are not eluting at the same retention time, it is perilous to compare these two chromatograms without also comparing the detailed data from the corresponding peak area and peak height data files that also were generated each of these chromatograms. A cautious reader should be wary of any interpretation of these two chromatograms without a detailed numeric analysis of the results.

**4.0    General Environmental Behavior of the Identified Petroleum Products.**

From the testimony of Mr. Lappies, potentially four petroleum products likely were to have been released in the 1960s and 1970s at the Site during normal aluminum production activities: mineral spirits, kerosene, light oil and heavy oil. The expected environmental persistence of these four petroleum products thus becomes important in light of the laboratory findings. The question simply becomes: can any of the petroleum products identified by the chromatographic results be characterized as mineral spirits, kerosene, light oil or heavy oil. Such questions are evaluated by applying the scientific method.

Therefore, applying the scientific method, the null hypothesis becomes:

$H_o$:    Release of each petroleum product has been identified by the chromatographic results.

And the alternate hypothesis becomes:

H₁:    Release of each petroleum product has not been identified by the chromatographic results.

Due to the quality of most of the chromatographic work, only the chromatograms from the analysis of samples MW-3-oil, CDI-oil, and CDI-sludge will be considered in evaluating the null hypothesis. All other chromatographic results are not considered further.

WRI did not have direct oversight of either the field sampling conducted at the Site nor the subsequent laboratory analyses of collected samples. WRI has not undertaken to independently verify adherence to field and laboratory protocols or the accuracy of the laboratory and other data on which this information is based. WRI's conclusions from this review are expressly conditioned on the validity of the underlying information, a matter as to which WRI expresses no opinion at this time, and relies fully on all representations made by other parties. WRI reserves the right to amend or modify its opinion(s) in this matter, if necessary, after review of any newly-provided chemical data or information regarding sample collection or chemical analysis.

**4.1    Mineral Spirits.** Mineral spirits is a general term for a mixture of petroleum-derived hydrocarbons in the boiling point range of 318 - 383 °F (MSDS, Cumberland Products, 1997). Generally, the mixture mineral spirits is composed of partially hydrogenated naphthenic compounds. A mineral spirit boiling point range corresponds to a normal alkane range (n-alkanes) of approximately n-C9 to n-C11. Under common gas chromatographic conditions of petroleum hydrocarbon analysis, this is a very narrow boiling point range most likely found in the immediate front part of a typical TPH chromatogram (ASTM 21004). No such narrow distribution was found in any of the chromatograms reviewed in this work. Therefore, the null hypothesis must be rejected for mineral spirits and the alternate hypothesis accepted that the presence of mineral spirits was not established by the chromatographic analyses reviewed.

**4.2    Kerosene.** Kerosene is a general term for a mixture of petroleum-derived hydrocarbons found in the light distillate range, with a boiling point range of approximately 300 - 570°F, corresponding to an n-alkane range of n-C9 - nC16 (WHO 1989). Petroleum products in this boiling range are well known to undergo environmental weathering reactions (Christensen and Larsen, 1993; Murphy and Morrison, 2002; Wade, 2001 and 2005). However, environmental weathering resulting in hydrocarbon degradation is seldom absolute (Christensen and Larsen, 1993; Wade 2005) and residual hydrocarbons from distillate fuel degradation often remain. Some of these hydrocarbons that will remain after extensive normal alkane hydrocarbon degradation has occurred are termed isoprenoid hydrocarbons. Review of the chromatogram for MW-3-oil revealed the presence of

6

a boiling point range characteristic of a distillate fuel. Further, some of the resolved peaks found in the range of 3 to 12 minutes in the MW-3-oil chromatogram, in fact, may be these isoprenoid hydrocarbons. However, from the lab results available, it is not possible to determine which isoprenoid hydrocarbons may be present, nor what the boiling point range of kerosene was under the specific laboratory conditions of the MW-3-oil TPH analysis, and therefore it is impossible to determine of the distillate fuel present in MW-3-oil is kerosene, No. 2 fuel oil, or diesel fuel. The data needed to complete such an evaluation simply were not made available. Therefore, the null hypothesis must be rejected for kerosene and the alternate hypothesis accepted that the presence of kerosene was not established by the chromatographic analyses reviewed.

**4.3    Light Oil.** The term "light oil" is non-scientific. In order to somewhat simplify the issue, it is recognized that application of the term "light oil" was a layman's description of what was probably some type of light machinery low viscosity cutting or finishing oil. Such low viscosity oils generally have a boiling point range of 200 - 400°F in the n -C7 to n-C11 range, and are composed of distillate hydrotreated naphthenic and dewaxed paraffinic distillate hydrocarbons (Sinclair Oil Company, MSDS medium cutting fluid). Under conditions of the petroleum hydrocarbon analyses as conducted approximately half of such a n-C7 to n-C11 hydrocarbon distribution would not be found, even if present in large quantities. Certainly, such an n-C7 to n-C11 naphthenic distribution was not present in the chromatograms reviewed. Any exact identification of the specific "light oil" as testified to by Mr. Lappies was not established by the chemical analyses provided to WRI. Therefore, with the data available, the null hypothesis must be rejected for "light oil" as used at the Site and the alternate hypothesis accepted that the presence of "light oil" was not established by the chromatographic analyses reviewed.

**4.4    Heavy Oil.** The term "heavy oil" is non-scientific. Considering common hydraulic oils and motor oils, the general boiling point range of such materials is greater than n-C30, or having an initial boiling point range of >800°F. However, with the understanding that the application of the term heavy oil was a layman's description of what was probably some type of heavier lubricating oil, it can be concluded that the presence of a heavy residual high viscosity petroleum product of a type of lubricating oil definitely was established by the chromatographic results. However, the exact source of this residual petroleum product is not clear. Review of the chromatograms from samples MW-3-oil, CDI-oil, and CDI-sludge revealed that the residual product found in MW-3-oil is not the same as that found in the CDI-oil or CDI-sludge samples. Without a sample of the "heavy oil" as used at the Site during aluminum tube production, it is not possible to determine if the residual petroleum product found in environmental samples at the Site is, in fact, the same "heavy oil" that was used in the manufacturing process. Review of the

chromatographic data revealed that the residual product had a broad boiling point range, and that the product probably was formulated for its stability under high heat conditions, in contrast to typical motor oil and hydraulic oils, for example. However, any exact identification of the specific "heavy oil" as testified to by Mr. Lappies was not established by the chemical analyses provided to WRI. The data needed to complete such an evaluation simply were not made available. Therefore, with the data available, the null hypothesis must be rejected for "heavy oil" as used at the Site and the alternate hypothesis accepted that the presence of "heavy oil" was not established by the chromatographic analyses reviewed.

Further, a laboratory characterization that the heavy oil found in the CDI-oil and CDI-sludge represented "a mixture of motor oil/waste oil and some type of heavier petroleum product like coal tar" is incorrect. The chromatograms for these two samples in no way presents a coal tar contribution. Moreover, the laboratory did not supply a chromatogram of a typical waste oil for comparison, making the identification of motor oil/waste oil pure speculation.

## 5.0    References

ASM. 1993. Metals Handbook. Ninth Edition, Volume 14 Forming and Forging. Prepared under the direction of the ASM International Handbook Committee, S.I. Semiatin, Chairman. ASM International, Metals Park, Ohio.

ASTM. 2004. Designation D 2887-04. Standard test method for boiling range distribution of petroleum fractions by gas chromatography. American Society of Testing and Material International. West Conshohocken, PA, USA.

Christensen, L.B., Larsen, T.H. 1993. Method for determining the age of diesel oil spills in the soil. Ground Water Monitoring and Remediation. Fall. Pages 142 - 149.

Murphy, B.L., Morrison, R.D. 2002. Introduction to Environmental Forensics. Academic Press, San Diego. 560 pages.

Wade, M.J. 2001. Age-Dating Diesel Fuel Spills: Using the European Empirical Time-Based Model in the USA. Environmental Forensics **2**, 347-359.

Wade, M.J. 2005. The Use of Isoprenoid Ratios to Calculate Percentage Mixing of Different Distillate Fuels Released to the Environment. Environmental Forensics **6** (2), 187-196.

WHO. 1989. World Health Organization. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Occupational Exposures in Petroleum Refining: Crude Oil and Major Petroleum Products. IARC, Lyon, France. 322 pages.

## 6.0    Signature Page

This report was prepared by Wade Research, Inc., Michael J. Wade, Ph.D., Principal
Scientist.

_____

Michael J. Wade, Ph.D.

# EXHIBIT 1
Continued Pages 10 – 14

{}

## Michael J. Wade, Ph.D.

### Education

Ph.D. University of Rhode Island - 1979
B.A. Grinnell College - 1968

### Qualifications

Dr. Michael J. Wade is Principal Scientist of Wade Research, Inc.™, a small business that provides geochemical consulting services to a variety of government agencies, industrial clients, and law firms. Dr. Wade is an organic geochemist with 26 years post-doctoral experience with an overall total of 32 years of strong technical and project management experience in a variety of research programs with special emphasis on study of petroleum pollution in the environment. He regularly provides expert testimony services both through deposition process as well as court testimony in the areas of environmental contamination, including assessment of sources of contamination, identification of petroleum product types and age-dating of petroleum product releases.

Dr. Wade's general areas of geochemical expertise are evaluation of the detailed hydrocarbon composition of petroleum products; assessment of the degradation of petroleum hydrocarbons in the environment; innovative hydrocarbon fingerprinting techniques; source identification for polychlorinated dibenzo-$p$-dioxins (PCDD) and dibenzofurans (PCDF) in the environment; development of bioremediation approaches for chlorinated and aromatic hydrocarbons, and chlorinated and phosphorus pesticides in contaminated soils and sediments; impacts of waste disposal outfalls in the coastal ocean for both industrial and municipal wastes; natural resource damage assessments for major oil spills in U.S. coastal waters; Phase I and Phase II Environmental Assessments; and analytical method development for a variety of organic chemical pollutants.

As part of the current assignment mix, Dr. Wade is engaged in the conduct of several projects dealing with the various aspects of environmental assessment, including assessment of the degradation of petroleum hydrocarbons in underground soils, development of quantitative hydrocarbon fingerprinting techniques that identify sources of subsurface petroleum contamination, and quantitative assessment of fluxes of petroleum hydrocarbons to the coastal marine environment. Over the past ten years working through Wade Research, Inc., he has refined quantitative field and laboratory investigation approaches that are designed to establish time frames for the release of gasoline, kerosene, diesel fuel and heavier fuel oils in subsurface petroleum contamination cases. These approaches currently measure geochemical differences in petroleum contamination

1

**Michael J. Wade, Ph.D.**

originating from sudden releases of petroleum products in the environment and compares the result to releases occurring over a number of years. The overall approach includes the calculation of time horizons for the release of a variety of petroleum products to the environment. Annually, through Wade Research, Inc., Dr. Wade conducts approximately 20 to 30 such programs for clients throughout North America.

Further, Dr. Wade has conducted numerous geochemical programs for state and Federal agencies that have documented the impacts of chemical pollution in the environment, including the U.S. Environmental Protection Agency (EPA) National Monitoring Program for Tributyltins in the Marine Environment; the U. S. Navy's Biomonitoring Program at NWS Earle, New Jersey; the U.S. Army Corps of Engineers and U.S. Environmental Protection Agency contaminated sediment remediation program in New Bedford, Massachusetts; the Massachusetts Water Resources Authority's Massachusetts Bay Ocean Outfall Siting Study; the Massachusetts Water Resources Authority's Massachusetts Bay Ocean Outfall Monitoring Study; the U.S. Department of the Interior, National Park Service Bioremediation project at Boston Naval Shipyard; the South Atlantic Bight Benchmark Program; the joint oil and gas industry-U.S. EPA 10 Platform Study in the Gulf of Mexico.

**Employment History**

Immediately prior to starting his own geochemical consulting company in November 1992, Dr. Wade was first a Senior Consultant and then promoted to a Director of the Environmental, Health and Safety Practice at Arthur D. Little, Inc., Cambridge, Massachusetts. Previously, Dr. Wade served as Associate Section Manager for Battelle Memorial Institute, Duxbury, Massachusetts, and as Vice President of ETC Corporation, Dallas, Texas. Early in his career Dr. Wade was an environmental scientist with Gibbs and Hill, Inc., a subsidiary of Dravo Corporation; and a chemical oceanographer with Texas Instruments, Incorporated, in Dallas, Texas. During graduate school in the early 1970s, Dr. Wade served as an organics team chemist at the United States Environmental Protection Agency, Environmental Research Laboratory, Narragansett, Rhode Island for over two years.

| | |
|---|---|
| 1992-Present | Wade Research, Inc., Marshfield, MA |
| 1989-1992 | Arthur D. Little, Inc., Cambridge, MA |
| 1986-1989 | Battelle Memorial Institute, Duxbury, MA |
| 1984-1986 | ETC Corporation, Dallas, Texas |
| 1981-1984 | Dravo Corporation, Dallas, Texas |
| 1977-1981 | Texas Instruments, Inc., Dallas Texas |

**Michael J. Wade, Ph.D.**

**Professional Affiliations**

American Chemical Society (ACS)
American Society of Limnology and Oceanography (ASLO)
Eco-Ethics International Union (EEIU) - Fellow
International Society of Environmental Forensics (ISEF)
Society of Environmental Toxicology and Chemistry (SETAC)

**Professional Courses Taught**

1989. *Managing an Environmental Chemistry Business.* Arthur D. Little, Inc., Cambridge, Massachusetts. Series of technical courses given throughout the United States by a combined team of Arthur D. Little, Inc. and Hewlett-Packard, Inc. scientists during October - December 1989.

1992. *Oil Spills: Efficient and Effective Management.* Innovative or Contested Methods - Bioremediation. Course taught at Arthur D. Little, Inc., Cambridge, Massachusetts in May 1992.

1995. *Sources, Fate and Effects of Polycyclic Aromatic Hydrocarbons (PAHs) in Massachusetts Bays: The Science Behind the Management Issues.* Sources and Fate of PAHs in Massachusetts Bays. Wade Research, Inc. Course taught at the Faculty Club, University of Massachusetts/Boston. Sponsored by the Massachusetts Bays Program. Coordinated by the Massachusetts Bay Marine Studies Consortium, Boston, Massachusetts.

1995. *The Use of Experts in Environmental Matters. From Permitting to Litigation.* Wade Research, Inc. Course taught at the Massachusetts Continuing Legal Education Inc. (MCLE). Boston, Massachusetts.

2002. *Environmental Chemistry and the Emergence of Forensic Geochemistry.* Wade Research, Inc. Course taught in Massachusetts as part of the Licensed Site Professional Association Continuing Education Series, Licensing Requirements, Woburn, Massachusetts.

2003. *Environmental Chemistry and the Emergence of Forensic Geochemistry.* Wade Research, Inc. Courses taught in Massachusetts as part of the Licensed Site Professional Association Continuing Education Series, Licensing Requirements, Woburn, Massachusetts.

3

**Michael J. Wade, Ph.D.**

2005. *Forensics in Environmental Geology: Petroleum and Chlorinated Hydrocarbons.* Wade Research, Inc. Course taught at the North-Central Section, Geological Society of America, Annual Meeting, held at the University of Minnesota - Twin Cities, Minneapolis, Minnesota. May 19, 2005.

2005. *Environmental Forensics: Focus on Emerging Contaminants.* MtBE Groundwater Monitoring Data: Can You Trust Your Data and What Questions Do You Ask in Deciding? Session taught at the International Society of Environmental Forensics Workshop, held at Virginia Beach, Virginia. June 7, 2005.

**Papers Presented**

Wade, M.J. 1987. "Oil Content in Produced Water from Twelve Gulf of Mexico Production Platforms -- The Problem of Soluble Oil." Presented at the Division of Environmental Chemistry, American Chemical Society, New Orleans, LA. August 31-September 3, 1987.

Hunt, C.D, M.J. Wade, J.H. Trefry, B. Brown, and P.D. Boehm. 1987. Distributions of trace metals and organic compounds in western Massachusetts Bay. Presented at the conference on "Science and Policy of Boston Harbor and Massachusetts Bay: Planning for the 21st Century." New England Aquarium, Boston, MA. November 12-13, 1987.

Wade, M.J. and H.J. Costa. 1991. An investigation of waterborne contaminants and marine borer infestation. Presented at Coastal Zone '91. The Seventh Symposium on Coastal and Ocean Management. July 8-12, 1991. Long Beach, California.

Costa, H.J. and M.J. Wade. 1991. Monitoring approaches for assessing near-term coastal water quality. Presented at Coastal Zone '91. The Seventh Symposium on Coastal and Ocean Management. July 8-12, 1991. Long Beach, California.

Wade, M.J. and J.C. Johnson. 1993. "*In Situ* Subtidal Bioremediation: Can the Technique Clean Up Boston Harbor Sediments?" Presented at The Eighth Annual Boston Harbor/Massachusetts Bay Symposium. Harbor Clean-ups: Social Costs and Engineering Alternatives. March 31 - April 1, 1993.

Wade, M.J. 1993. "Salem Sound Chemical Data - A Review of Current Information. A Summary of Available Data and Preliminary Ideas." Presented to: Salem Sound 2000 Technical Advisory Group, July 28, 1993.

4

**Michael J. Wade, Ph.D.**

Wade, M.J. 1994. "Combined Chemical and Biological Monitoring Programs - Do They Tell Us More Than We Need To Know To Make Regulatory Decisions Or Should We Know More?" Presented at The *Estuarine And Marine Shallow Water Habitats Conference In The Mid-Atlantic Region* in the Session Entitled "Methodologies for Assessing Shallow Water Ecosystems." Atlantic City, New Jersey. March 8-11, 1994.

Wade, M.J. 1994. "Washing Merrimack River Pollutants to Massachusetts Bay - Are Organics Significant in the Grand Scheme?" Presented at the Environmental Sciences Program at the University of Massachusetts at Boston, November 3, 1994.

Wade, M.J. 1995. *Sources and Fate of Polycyclic Aromatic Hydrocarbons in Massachusetts Bays.* Invited Presentation. Massachusetts Bays Program Sources, Fate and Effects of Polycyclic Aromatic Hydrocarbons in Massachusetts Bays: The Science Behind the Management Issues. Boston, MA. May 2, 1995.

Wade, M.J. 1995. "The Use of Experts in Environmental Cases." Invited Presentation. Presented at the Massachusetts Continuing Legal Education, Inc. (MCLE) Course Number 95-09.15. July 12, 1995. Boston, Massachusetts.

Wade, M.J. 1996. "Advanced Techniques of Organic Geochemistry for Hazardous Waste Sites. Geochemical Investigation of Subsurface Petroleum Contamination: Applying High Resolution Analytical Technology to Identify Sources and Ages of Petroleum Products." Presented to the Environmental Committee of the Massachusetts Bar Association. March 20, 1996. Boston, Massachusetts.

Wade, M.J. 1997. Forensic Geochemistry of Subsurface Gasoline Contamination - Whose Gasoline Is It and When Was It Released? Presented at the American Chemical Society, NERM 27, 27th Northeast Regional Meeting of the American Chemical Society, June 22-25, 1997, Saratoga Springs City Center, Saratoga Springs , NY.

Wade, M.J. 1997. Forensic Geochemical Assessment of Co-mingling Subsurface Hydrocarbon Plumes - Whose Contamination Is It Anyway? Presented at the American Chemical Society, NERM 27, 27th Northeast Regional Meeting of the American Chemical Society, June 22-25, 1997, Saratoga Springs City Center, Saratoga Springs, NY.

Wade, M.J. and A. D. Wade. 1998. Decreases in Anthropogenic Delivery of Polynuclear Aromatic Hydrocarbons, Pesticides, and Polychlorinated Biphenyls in

**Michael J. Wade, Ph.D.**

Coastal Massachusetts Ocean. Presented at Interfaces in Environmental Chemistry and Toxicology: from the Global to the Molecular Level. The 8th Annual Meeting of SETAC-Europe, 14 -18 April 1998, Bordeaux, France.

Wade, M.J. 1998. The Use of Detailed Chemical Analyses and Diagnostic Source Calculations to Identify Sources and Ages of Petroleum Contamination in Soils. Presented at Interfaces in Environmental Chemistry and Toxicology: from the Global to the Molecular Level. The 8th Annual Meeting of SETAC-Europe, 14 -18 April 1998, Bordeaux, France.

Wade, M.J. and A. D. Wade. 1998. Decreases in Anthropogenic Delivery of Polynuclear Aromatic Hydrocarbons, Pesticides, and Polychlorinated Biphenyls in Coastal Massachusetts Ocean. Presented by invitation of the Northeast Atlantic Chapter of the Society of Toxicology and Chemistry Annual Meeting, May 29 and 30, 1998 , Saratoga Springs City Center, Saratoga Springs, NY.

Wade, M.J. and P.M. Lezberg. 1998. Preservation of Isoprenoid Hydrocarbon Indices in Oil Slicks - Use in Quantitative Source Assessment. Presented at the American Chemical Society National Meeting, Division of Environmental Chemistry, August 23-27, 1998, Boston, Massachusetts.

Wade, M.J. 1998. Subsurface Petroleum Contamination: Applying Detailed Geochemical Analytical Techniques to Identify Sources and Ages of Petroleum in Unsaturated Soils. Presented at the American Chemical Society National Meeting, Division of Environmental Chemistry, August 23-27, 1998, Boston, Massachusetts.

Wade, M.J. 1998. Acidification of Groundwater Samples for Sample Preservation and its Effect on Determined Methyl t-Butylether Concentration. Presented at the American Chemical Society National Meeting, Division of Environmental Chemistry, August 23-27, 1998, Boston, Massachusetts.

Wade, M.J. 1999. Cost Effective Monitoring of the Changing Nature of a Chronic Petroleum Seep into Boston Harbor. Abstract submitted to the Society of Environmental Toxicology and Chemistry for presentation at the 1998 SETAC Annual Meeting, Philadelphia. PA.

Wade, M.J. 2001. Age-Dating Diesel Fuel Spills: Using the European Empirical Time-Based Model in the USA. Presented at the First International Congress on Petroleum Contaminated Soils, Sediments & Water, August 14-17, 2001, Imperial College, London, England.

6

## Michael J. Wade, Ph.D.

Wade, M.J. 2001. Age-Dating Subsurface Petroleum Contamination: Applying European Empirical Time-Based Model to Petroleum Contaminated USA Sites. Presented at the SETAC Europe Conference Organic Soil Contaminants 2001. 2-5 September 2001, Copenhagen, Denmark.

Wade, M.J. 2002. Age-Dating Subsurface Petroleum Contamination: Applying European Empirical Time-Based Model to Petroleum Contaminated USA Sites. Invited presentation at the AEHS West Coast Conference in San Diego, California. Environmental Forensics Session, March 2002.

Wade, M.J. 2004. The Case Against the Use Total Lead Concentrations in Environmental Forensics Age-Dating of Subsurface Gasoline Contamination. Presented at The 20th Annual International Conference on Soils, Sediments and Water. Hosted by The Northeast Regional Environmental Public Health Center and the School of Public Health. University of Massachusetts Amherst, Amherst, Massachusetts. Environmental Forensics Poster Session.

Wade, M.J. 2004. Using Isoprenoid Hydrocarbon Ratios to Calculate Percentage Mixing of Different Distillate Fuels in the Subsurface Environment. Paper presented at The 20th Annual International Conference on Soils, Sediments and Water. Hosted by The Northeast Regional Environmental Public Health Center and the School of Public Health. University of Massachusetts Amherst, Amherst, Massachusetts. Environmental Forensics Session 1, Thursday, October 21, 2004.

Wade, M.J. 2005. MtBE Groundwater Monitoring Data: Can You Trust Your Data and What Questions Do You Ask in Deciding? Presented at the International Society of Environmental Forensics, Workshop entitled Environmental Forensics: Focus on Emerging Contaminants. Virginia Beach, Virginia. June 7-8, 2005.

Wade, M.J. 2005. Endocrine Disrupters and Other Emerging Pollutants . . . What's All the Hype About? The Role of MtBE as an Emerging Pollutant - a Forensic Geochemist's Viewpoint. Presented at the National Association of Clean Water Agencies (NACWA), 2005 National Pretreatment and Pollution Prevention Workshop, Kansas City, Missouri, November 16-18, 2005.

## Reports and Publications

Jackson, G.F., E. Hume, M.J. Wade, and M. Kirsch. 1981. Oil Content in Produced Brine on Ten Louisiana Production Platforms. Contract 68-03-2648 Report, Municipal Environmental Research Laboratory, Office of Research and Development. U.S. Environmental Protection Agency, Cincinnati, Ohio, 495 pages. Available from

**Michael J. Wade, Ph.D.**

the National Technical Information Service (NTIS).

Wade, M.J., C.D. Hunt, P.D. Boehm, J.R. Trefry, and B. Brown. 1987. Concentrations of polynuclear aromatic hydrocarbons and metals in surface sediment at selected sites in Massachusetts Bay. Marine ecology and water quality field program. Deer Island Secondary Treatment Facilities Plan. Draft Report to Camp Dresser and McKee, Inc., September 15, 1987. Boston, MA. 101 pp.

Wade, M.J., C.D. Hunt, P.D. Boehm, and B. Brown. 1987. Water Column Chemistry. Marine ecology and water quality field program. Deer Island Secondary Treatment Facilities Plan. Draft report to Camp Dresser and McKee, Inc. August 25, 1987. Boston, MA. 91 pp.

Blake, J.A., B. Hecker, J.F. Grassle, B. Brown, M.J. Wade, P.D. Boehm, E. Baptiste, B. Hilbig, N. Maciolek, R. Petrecca, R.E. Ruff, V. Starczak, and L. Watling. 1987. Study of biological processes on the U. S. South Atlantic Slope and Rise. Phase 2. OCS Study, MMS86-0096. Contract No. 14-12-0001-30064. Two volumes: Volume 1 Executive Summary, 58 pp.; and Volume 2 Final Report, 414 pp., plus Appendices.

Warner, J.S. and M.J. Wade. 1987. Laboratory studies on the chemical composition of an industrial effluent. Phase 2 Final Report. Analytical and Oceanographic Studies of the Content and Fate of an Ocean Outfall. Report to the State of New Jersey, Department of Environmental Protection, 235 pp., including Appendices.

Wade, M.J., C.D. Hunt, and J.S. Warner. 1987. Studies on the behavior of discharged pollutants in the water column. Phase 3 Final Report. Analytical and Oceanographic Studies of the Content and Fate of an Ocean Outfall. Report to the State of New Jersey, Department of Environmental Protection, 89 pp., plus Appendices.

Wade, M.J. and J.S. Warner. 1987. Analytical chemistry studies on the impingement of discharged effluent for the summer of 1986. Final Report on the Beach Monitoring Program. Analytical and Oceanographic Studies of the Content and Fate of an Ocean Outfall. Report to the State of New Jersey, Department of Environmental Protection, 28 pp.

Wade, M.J., C.D. Hunt, and J.S. Warner. 1987. Sediment studies on the concentrations and distribution of organic and inorganic pollutants. Phase 4 Final Report. Analytical and Oceanographic Studies of the Content and Fate of an Ocean Outfall. Report to the State of New Jersey, Department of Environmental Protection, 60 pp., plus Appendices.

## Michael J. Wade, Ph.D.

Wade, M.J., M.S. Connor, K.M. Jop, R.E. Hillman, and H.J Costa. 1987. Summary evaluation of the environmental impact resulting from the use of creosoted pilings in the historic restoration of Pier #2 at the Charlestown Navy Yard. Final Report to the U.S. Department of the Interior, National Park Service, North Atlantic Region, Boston, MA 02332. 36 pp.

Wade, M.J., C.D. Hunt, and B. Brown. 1987. Technical Memorandum. Sediment Chemistry. The First 27 Samples. Marine ecology and water quality field program. Deer Island Secondary Treatment Facilities Plan. Draft Report to Camp Dresser and McKee, Inc., September 15, 1987. Boston, MA.

Wade, M.J., P.D. Boehm, L. Altshul, and B. Brown. 1987. Technical Memorandum. Sediment Chemistry. Results of the analysis of sediment samples for PCB. Marine ecology and water quality field program. Deer Island Secondary Treatment Facilities Plan. Draft Report to Camp Dresser and McKee, Inc., November 15, 1987. Boston, MA.

Wade, M.J., H.J. Costa, and P.D. Boehm. 1988. Exposure assessment of creosote in selected sediment and seawater samples collected in the vicinity of Piers #2 and #4 at the Charlestown Navy Yard. Final Report to the U.S. Department of the Interior, National Park Service, North Atlantic Region, Boston, MA 02332. 48 pp.

Brown, J.B, M.J. Wade, and T.S. Sauer. 1988. Produced Water Chemical characterization Study. Report prepared for the Offshore Operators Committee, Environmental Subcommittee. 45 p.

Costa, H.J., M.J. Wade, and P.D. Boehm. 1988. Extent of creosote contamination of sediments in the vicinity of Pier #2, Charlestown Navy Yard. Final Report to the U.S. Department of the Interior, National Park Service, Boston, MA 02332. 33 pp.

Wade, M.J., C.D. Hunt, M.H. Bothner, G.A. Jones, and P.D. Boehm. 1989. Vertical profiles of radionuclides, selected metals, and hydrocarbons in Massachusetts Bay sediments. Marine ecology and water quality field program. Deer Island Secondary Treatment Facilities Plan. Draft Report to Camp Dresser and McKee, Inc., January 13, 1989. Boston, MA.

Costa, H.J., C.D. Hunt, W.R. Trulli, D.A. Lewis, D.E. West, and M.J. Wade. 1989. Collection and analysis of Buzzards Bay seawater and particulate samples for priority pollutant organic compounds and trace metals. Final Report to Camp Dresser and McKee, Inc. Boston, Ma.

9

## Michael J. Wade, Ph.D.

Wade, M.J. 1991. Final Report for the Preliminary Survey: National Monitoring Program for Tributyltin. Study I. Atlantic Northeast. Submitted to the U.S. Environmental Protection Agency in support of product registration requirements on behalf of the Consortium of Tributyltin Manufacturers. 221 p.

Wade, M.J. 1991. Final Report for the Preliminary Survey: National Monitoring Program for Tributyltin. Study II. Great Lakes. Submitted to the U.S. Environmental Protection Agency in support of product registration requirements on behalf of the Consortium of Tributyltin Manufacturers. 206 p.

Wade, M.J. and P.D. Boehm. 1991. The Use of Hydrocarbon Pattern Recognition Techniques During the Arthur Kill Fuel Oil Pipeline Leak Investigation. Presented at the 1991 Society of Environmental Toxicology and Chemistry (SETAC) annual meeting in Seattle, Washington.

Wade, M.J., A.T. Kronick, and E.A. Hutchinson. 1991. U.S. Naval Weapons Station Earle, New Jersey, Marine Environmental Biomonitoring Program. Final Report, Report No. FPO-1-91(23). May 1991. Submitted through VSE Corporation, Alexandria, Virginia, 108 pages plus appendices.

Brown, J.S., T.C. Sauer, M.J. Wade, J.M. Neff. 1992. Chemical and toxicological characterization of produced water freon extracts. Presented at the 1992 Produced Water Conference, San Diego, Ca. 36 p.

Sauer, T.C., T.J. Ward, J.S. Brown, S. O'Neal, and M.J. Wade. 1992. Identification of toxicity in low-TDS produced waters. Presented at the 1992 Produced Water Conference, San Diego, Ca. 26 p.

Wade, M.J. and T.C. Sauer. 1992. The use of defensible analytical chemical measurements for bioremediation assessments. Submitted to the 1993 International Oil Spill Conference, accepted for oral presentation at the conference and published in the proceedings.

Wade, M.J., A.T. Kronick, and E.A. Hutchinson. 1992. U.S. Naval Weapons Station Earle, New Jersey, Marine Environmental Biomonitoring Program. Final Report, Report No. FPO-1-92(73). December 1992. Submitted through VSE Corporation, Alexandria, Virginia, 55 pages plus appendices.

Wade, M.J. and J.C. Johnson. 1993. *In Situ* Subtidal Bioremediation: Can the Technique Clean Up Boston Harbor Sediments? Presented at The Eighth Annual Boston Harbor/Massachusetts Bay Symposium. Harbor Clean-ups: Social Costs

**Michael J. Wade, Ph.D.**

and Engineering Alternatives. March 31 - April 1, 1993.

Wade, M.J. 1993. Questions on the Distribution of Chlorinated and Polynuclear Aromatic Hydrocarbons in Boston Harbor and Massachusetts Bay Sediments. Presented at the 23rd Northeast Regional Meeting of the American Chemical Society, June 22-25, 1993, Northeastern University, Boston, Massachusetts. In published abstracts.

Wade Research, Inc. 1994. Final Report. Evaluation of the results of a preliminary bioremediation treatability study completed on Boston Harbor sediments collected Near Moran Terminal, Boston, Massachusetts. Completed For Marine Remediation Services, Inc., and WEB Engineering Associates, Inc., Norwell, MA 02061

Wade, M.J., J. W. Trenz, and W. E. Baird. 1994. Evaluation of The Results of a Preliminary Bioremediation Treatability Study Completed on Boston Harbor Sediments as a Step to Making Decisions on Management of Contaminated Coastal Sediments. Presented at the Ninth Annual Massachusetts Bay & New England Coastal Symposium. *Integrating Coastal Management.* March 24-25, 1994.

Wade, M.J. 1994. Combined Chemical And Biological Monitoring Programs - Do They Tell Us More Than We Need To Know To Make Regulatory Decisions Or Should We Know More? Presented at The Estuarine and Marine Shallow Water Habitats Conference In The Mid-Atlantic Region in the Session Entitled "Methodologies for Assessing Shallow Water Ecosystems." Atlantic City, New Jersey. March 8-11, 1994.

Wade, M.J. 1994. Organic Loadings from the Merrimack River to Massachusetts Bay. Final report prepared for Massachusetts Bays Program, Massachusetts Executive Office of Environmental Affairs, U.S. Environmental Protection Agency - Water Management Division. Prepared by Menzie-Cura & Associates, Inc., Chelmsford, Massachusetts with Arthur D. Little, Inc.; Bigelow Laboratory for Ocean Sciences; Energy & Environmental Engineering, Inc.; TG&B, Inc.; University of Massachusetts - Boston, Harbor Campus; and Wade Research, Inc. 47 pages plus appendices.

Wade, M.J. 1994. U.S. Naval Weapons Station Earle, New Jersey, Marine Environmental Biomonitoring Program. Final Report, Report No. 55-94(27). July 1994. Submitted through contract with VSE Corporation, Alexandria, Virginia, 56 pages plus appendices.

Wade, M.J. 1995. The Use of Experts in Environmental Matters. From Permitting to

11

**Michael J. Wade, Ph.D.**

Litigation. Published as Volume 95-09.15 by Massachusetts Continuing Legal Education Inc. (MCLE). Boston, Massachusetts.

Wade, M.J. 1995. Sources and fate of polycyclic aromatic hydrocarbons in Massachusetts Bays. In: Sources, Fate and Effects of Polycyclic Aromatic Hydrocarbons (PAHs) in Massachusetts Bays: The Science Behind the Management Issues. Massachusetts Bays Program and Massachusetts Bay Marine Studies Consortium, Boston, MA.

Wade, M.J., W. Sung, M. Moore, and D. Mitchell. 1997. 1996 Toxics Issues Review. Report submitted to the Environmental Quality Department, Massachusetts Water Resources Authority, Boston, MA. Report submitted by ENSR, Acton, MA, 220 pp.

Wade, M.J. 2001. Use of Ternary Analysis Techniques in Forensic Geochemical Assessment of Subsurface Gasoline Contamination. *AEHS. The Magazine Of Environmental Assessment & Remediation. Contaminated Soil Sediment and Water International Issue*. August 2001, pp 51-56.

Wade, M.J. 2001. Age-Dating Diesel Fuel Spills: Using the European Empirical Time-Based Model in the USA. Environmental Forensics **2**, 347-359.

Wade, M.J. 2002. Age-Dating Diesel Fuel Spills: Using the European Empirical Time-Based Model in the USA. Abstract only. Soil and Sediment Contamination, An International Journal. Volume **11**(3): 418.

Wade, M.J. 2002. Commentaries and Perspectives. Invited Commentary on the Christensen and Larsen Technique. Environmental Forensics **3**, 13.

Wade, M.J. 2003. History and Composition of PS-6 Gasoline - Implications to Age-Dating Gasoline Contamination. Environmental Forensics **4**, 89-92.

Wade, M.J. 2005. The Use of Isoprenoid Ratios to Calculate Percentage Mixing of Different Distillate Fuels Released to the Environment. Environmental Forensics **6** (2), 187-196.

List of Cases where Dr. Michael J. Wade has been a testifying witness
(either at trial or in deposition).

Superior Court of New Jersey, Law Division - Bergen County. Docket Number
BER-L6339-94. ZJR Partnership, a New Jersey Partnership, Plaintiff, versus Exxon
Corporation, Defendant.

Supreme Court of the State of New York, County of Nassau. 750 Old Country
Road Realty Corp., Plaintiff against Exxon Corporation, Defendant. Index Number
027335/93.

Supreme Court of the State of New York, County of Columbia. Oliver Chevrolet,
Inc., Plaintiff against Mobil Oil Corporation, Defendant. Index Number 3308/94.

In the Matter of Reclaim Environmental Louisiana, L.L.C. Enforcement No.
WE-CN-98-0414. Proceedings under Louisiana Administrative Procedure Act, LA.
R.S. 49:950, et seq. Deposition taken by State of Louisiana, Department of
Environmental Quality, Legal Affairs Division on November 30, 1999.

Timely Adventures, Inc., et al. v. Phillips Properties, Inc., et al.; Cause No.
C-4597-92-E; In the 93red Judicial District Court of Hildago County, Texas, and
Ernesto A. Garza, et al. v. Coastal Mart, Inc., et al.; Cause No. C4566-95-B; In the
93rd Judicial District Court of Hildago County, Texas.

State of Vermont, Plaintiff, v. John Carroll and Adrienne Carroll, Defendants. John
Carroll and Adrienne Carroll, Third Party Plaintiffs, v. Mobil Oil Corp., Mary Heaslip;
Merrill Transport Co., Inc.; Melru Corp.; and Vermont Railway, Inc. Third Party
Defendants. State of Vermont, Washington County, SS. Washington Superior Court
Docket No. 473-8-97 Wnev.

Texaco Refining and Marketing, Inc. et al. v. Signature Flight Support - AFSC, Inc. et
al., and Signature Flight Support Corporation and Anchorage Fueling and Service
Company, Third Party Plaintiffs, v. The Marley Company, a Delaware Corporation,
third party defendant. In the Superior Court for the State of Alaska, Third Judicial
District at Anchorage, No. 3AN-96-2545 Civil.

American Automobile Insurance Company et al. v. J.P. Noonan Transportation, Inc.
In the Middlesex County Superior Court, Commonwealth of Massachusetts, No. 97
CV 00325.

State of New York, Supreme Court: County of Erie. Amherst Health Care Center,
f/k/a Amherst Nursing and Convalescent Home and HG Realty; Plaitiffs, v. Exxon
Corporation, as Successor in Interest of Esso Standard Oil Company, Humble Oil

and Refining Company and The Humble Companies Charitable Trust; Defendants. Index No.: I 1998-11334.

Civil Action No. H-01-0233. Elementis Chromium, L.P. and Elementis Chromium, Inc. vs. Coastal States Petroleum Company, *et al.* vs. Amerada Hess Corporation, *et al.*: In the United States District Court for the Southern District of Texas, Houston Division 24317.12.

Superior Court Of New Jersey, Law Division, Gloucester County, Docket No. GLO-L-1925-94, Civil Action. Webbs Sunoco, Inc., and Brian J. Webb, individually, Plaintiffs v. Sun Company, Inc. (R&M), a Pennsylvania Corporation, M.L. Ruberton Construction, Co., Inc. and Joyce Thomas, Individually and jointly Defendants. Fries Mill Associates, LLC, a New Jersey Corporation, Plaintiff v. Sun Company, Inc. (R&M), a Pennsylvania Corporation, Defendant. Sun Company, Inc. (R&M), a Pennsylvania Corporation, Defendant/Third Party Plaintiff v. Webbs Sunoco, Inc. and Brian J. Webb, individually; M.L. Ruberton Construction Company, Inc., individually and jointly, Third Party Defendants.