UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES V. CARIDDI,<br>       Plaintiff | )<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action No. 05-30111-MAP |
| CONSOLIDATED ALUMINUM<br>CORPORATION,<br>       Defendant | )<br>)<br>)<br>) | |

<u>REVISED SCHEDULING ORDER</u>
February 3, 2006

NEIMAN, C.M.J.

    The court hereby ALLOWS the parties' Joint Motion to Amend Scheduling Order (Document No. 27) as follows:

    Plaintiff's opposition to Defendant's motion for summary judgment shall be filed by May 1, 2006, to which Defendant shall respond by May 12, 2006.

    IT IS SO ORDERED.

                                                         /s/ Kenneth P. Neiman
                                                       KENNETH P. NEIMAN
                                                       Chief Magistrate Judge