UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

| | |
|---|---|
| James V. Cariddi, | ) |
|     Plaintiff | ) |
| v. | ) |
| Consolidated Aluminum Corporation, | ) |
|     Defendant | ) |

### Assented to Motion to Reschedule Status Conference

Plaintiff, James V. Cariddi, respectfully moves the Court to reschedule the Further Status Conference in this matter from October 25, 2007 to November 8, 2007. The grounds in support of this motion are that plaintiff's counsel has a scheduling conflict requiring him to be in Boston, Massachusetts on October 25, 2007, the Court's clerk has advised that November 8, 2007 is available for rescheduling and counsel for defendant, Consolidated Aluminum Corporation, assents to allowance of this motion.

                                          The Plaintiff,
                                          James V. Cariddi
                                          By his attorneys:

Dated:  October 9, 2007            /s/ Christopher B. Myhrum
                                          Christopher B. Myhrum
                                          BBO No. 365980
                                          Bulkley, Richardson and Gelinas, LLP
                                          1500 Main Street - Suite 2700
                                          Springfield, MA 01115-5507
                                          Tel:  (413) 781-2820
                                          Fax: (413) 272-6806

### CERTIFICATE OF SERVICE

I, Christopher B. Myhrum, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Christopher B. Myhrum
                                          Christopher B. Myhrum