UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JAMES V. CARIDDI,          )
       Plaintiff           )
                           )
             v.            )  C.A. NO. 05-30111-MAP
                           )
CONSOLIDATED ALUMINUM CORP.,)
       Defendant           )
```

<u>FURTHER SCHEDULING ORDER</u>

December 4, 2007

PONSOR, D.J.

Counsel appeared for a status conference on November 26, 2007. At that time, counsel agreed to submit a joint scheduling order to carry the case through the pretrial phase. The joint scheduling order was submitted on December 3, 2007. Based on this statement, the court orders as follows:

1. An update of automatic disclosures will be exchanged by December 21, 2007.

2. Any motions to amend the pleadings will be filed by December 31, 2007.

3. All written discovery will be served by January 21, 2008.

4. All non-expert depositions will be completed by March 10, 2008.

5. Plaintiff will designate his expert witnesses by March 24, 2008 and will convey to defendant a report as required by Fed. R. Civ. P. 26(a)(2) regarding any expert whose testimony will be offered at trial by April 7, 2008.

6. Defendant's Rule 26(a)(2) report will be conveyed to plaintiff no later than April 21, 2008.

**7. All expert depositions will be completed and discovery will close on May 26, 2008.**

**8. Counsel will appear again for a final pretrial conference on June 9, 2008 at 2:00 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.**

**It is So Ordered.**

                              <u>/s/ Michael A. Ponsor</u>
                              **MICHAEL A. PONSOR**
                              **United States District Judge**