UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

|  |  |
|---|---|
| JAMES V. CARIDDI,<br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED ALUMINUM CORPORATION,<br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO AMEND THE FURTHER SCHEDULING ORDER**

The parties jointly move for the court to amend the Further Scheduling Order dated December 4, 2007 ("Order"), issued by Michael A. Ponsor, United States District Judge. Without changing the June 9, 2008 date set by the Order for a Final Pre-Trial Conference, the parties seek to modify the Order as follows:

1. Change the date by which all non-expert depositions must be completed from March 10, 2008 to March 28, 2008.

2. Change the date by which Plaintiff is required to designate his expert witnesses from March 24, 2008 to April 4, 2008, and the date by which Plaintiff is to convey to Defendant a report as required by Fed. R. Civ. P. 26(a)(2) regarding any expert whose testimony will be offered at trial from April 7, 2008 to April 14, 2008.

3. Change the date by which Defendant's Rule 26(a)(2) report will be conveyed to Plaintiff from April 21, 2008 to April 28, 2008.

In support of this motion, the parties state that Defendant's counsel will be out of the country between February 28, 2008 and March 11, 2008, and therefore can not complete all non-expert depositions by the current date set by the Order (March 10, 2008). Extending that date, necessarily calls for the extension of other dates; all of which can be done without altering the date set for the Final Pre-Trial Conference, June 9, 2008.

- 2 -

Therefore, the parties request that this court amend the Further Scheduling Order dated December 4, 2007 as provided above.

Respectfully submitted,

| | |
|---|---|
| CONSOLIDATED ALUMINUM CORPORATION<br>By its attorneys, | JAMES V. CARIDDI<br>By his attorneys, |
| **/s/ *Robert D. Cox, Jr*** <br>Robert D. Cox, Jr., BBO#546486<br>Ryan T. Killman, BBO# 654562<br>Bowditch & Dewey, LLP<br>311 Main Street, P.O. Box 15156<br>Worcester, Massachusetts  01615-0156<br>Telephone: (508) 926-3409<br>Facsimile:  (508) 929-3012<br>rcox@bowditch.com | **/s/ *Christopher B. Myhrum*** <br>Christopher B. Myhrum, BBO#365980<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street – Suite 2700<br>Springfield, MA 01115-5507<br>Telephone: (413) 781-2820<br>Facsimile:  (413) 272-6806<br>cmyhrum@bulkley.com |

Dated:  February 28, 2008

## CERTIFICATE OF SERVICE

I, Robert D. Cox, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 28, 2008.

/s/ Robert D. Cox, Jr.

{Client Files\ENV\303730\0001\FEDERAL\01101019.DOC;1}