UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

| | |
|---|---|
| James V. Cariddi,<br>        Plaintiff | )<br>)<br>)        EXPERT WITNESS |
| v. | )        LIST OF PLAINTIFF,<br>)        JAMES V. CARIDDI<br>) |
| Consolidated Aluminum Corporation,<br>        Defendant | )<br>) |

In accordance with Judge Michael A. Ponsor's Order dated February 29, 2008 granting the Motion to Amend the Scheduling Order, plaintiff, James V. Cariddi, hereby identifies Kevin O'Reilly, LSP, and John Henry, P.E., of O'Reilly, Talbot & Okun Associates, Inc., 293 Bridge Street, Suite 500, Springfield, MA 01103 as expert witnesses he expects to call at trial.

                            The Plaintiff,
                            JAMES V. CARIDDI
                            By His Attorneys:

Dated: April 3, 2008        /s/ Christopher B. Myhrum___
                            Christopher B. Myhrum, Esq.
                             BBO No. 365980
                            Bulkley, Richardson and Gelinas, LLP
                            1500 Main Street, Suite 2700
                            Springfield, MA  01115-5507
                            Tel:  (413) 781-2820
                            Fax:  (413) 747-0770
                            cmyhrum@bulkley.com

Certificate of Service

    I, Christopher B. Myhrum, attorney for the plaintiff, James V. Cariddi, in this matter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing.

                            /s/Christopher B. Myhrum___
                            Christopher B. Myhrum