UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

| | |
|---|---|
| JAMES V. CARIDDI,<br>         Plaintiff,<br><br>v.<br><br>CONSOLIDATED ALUMINUM CORPORATION,<br>         Defendant, | EXPERT WITNESS LIST<br>OF DEFENDANT,<br>CONSOLIDATED<br>ALUMINUM<br>CORPORATION |

In accordance with Judge Michael A. Ponsor's Order dated February 29, 2008 granting the Motion to Amend the Scheduling Order, Defendant, Consolidated Aluminum Corporation, hereby identifies Lawrence W. Feldman, LSP, Ph.D., Senior Principal, GZA GeoEnvironmental, Inc., One Edgewater Drive, Norwood, MA 02062-4674 as expert witness it expects to call at trial.

Respectfully Submitted,
CONSOLIDATED ALUMINUM
CORPORATION
By its attorneys,

*/s/* Robert D. Cox, Jr.
Robert D. Cox, Jr., Esq., BBO #546486
Ryan T. Killman, Esq., BBO #654562
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone:  (508) 926-3409
Facsimile:  (508) 929-3012
rcox@bowditch.com

Dated:  April 4, 2008

- 2 -

## **CERTIFICATE OF SERVICE**

      I, Robert D. Cox, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 4, 2008.

                          /s/ Robert D. Cox, Jr.

{Client Files\ENV\303730\0001\FEDERAL\01128043.DOC;1}