UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JAMES V. CARIDDI,          )
        Plaintiff          )
                           )
            v.             )  C.A. NO. 05-30111-MAP
                           )
CONSOLIDATED ALUMINUM CORP.,)
        Defendant          )
```

FURTHER SCHEDULING ORDER

June 16, 2008

PONSOR, D.J.

    Counsel appeared for a final pretrial conference on June 9, 2008. Based on counsel's representations, the court orders as follows:

    1. Trial memoranda and motions <u>in limine</u> will be filed by October 13, 2008.

    2. Non-jury trial will commence on October 20, 2008 at 9:00 a.m. The court has set aside four days, 9:00 a.m. to 1:00 p.m., to take evidence with a goal of deciding the case on the fifth day.

    3. In the event counsel are able to resolve this case without the necessity of trial, they will notify the court immediately.

    It is So Ordered.

                                           /s/ Michael A. Ponsor
                                           MICHAEL A. PONSOR
                                           United States District Judge