UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

|  |  |
|---|---|
| JAMES V. CARIDDI,<br>　　　　Plaintiff<br><br>　　v.<br><br>CONSOLIDATED ALUMINUM CORPORATION,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Ryan T. Killman as counsel for the Defendant, Consolidated Aluminum Corporation in the above-captioned matter.

BOWDITCH & DEWEY, LLP

/s/ Ryan T. Killman
Ryan T. Killman (BBO # 654562)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
(508) 791-3511

Date:  September ____, 2008

**CERTIFICATE OF SERVICE**

  I, Ryan T. Killman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September ____, 2008.

            /s/ Ryan T. Killman

{Client Files\LIT\303730\0001\PLD\01235451.DOC;1}