UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30111-MAP

| | |
|---|---|
| JAMES V. CARIDDI,<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>)<br>) |
| CONSOLIDATED ALUMINUM CORPORATION,<br>    Defendant | )<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Douglas T. Radigan as attorney for Defendant, Consolidated Aluminum Corporation in the above-captioned matter.

        CONSOLIDATED ALUMINUM CORPORATION
        By their attorneys,

        /s/ Douglas T. Radigan
        Robert D. Cox, Jr. BBO#546486
        Douglas T. Radigan BBO# 657938
        Bowditch & Dewey, LLP
        311 Main Street, P.O. Box 15156
        Worcester, Massachusetts  01615-0156
        Telephone: (508) 926-3497

Dated:  September 5, 2008

## CERTIFICATE OF SERVICE

    I, Douglas T. Radigan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 5, 2008.

                                        /s/ Douglas T. Radigan_____